[No. 3534–4–III. Division Three. December 2, 1980.]

*In the Matter of the Marriage of* MARY CHRISTIANSEN, *Respondent, and* LANCE W. CHRISTIANSEN, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 78–3–01574–6, Harry Hazel, J. Pro Tem., entered July 10, 1979. *Remanded with instructions* by unpublished opinion per Munson, J., concurred in by Green, C.J., and McInturff, J.

[No. 3563–8–III. Division Three. December 2, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. EARL L. JOHNSON, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Yakima County, No. 78–2–01413–4, Walter A. Stauffacher, J., entered July 20, 1979. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Green, C.J., and Munson, J.

[No. 3509–3–III. Division Three. December 2, 1980.]

DENNIS L. SELLERS, ET AL, *Appellants,* v. ROZA IRRIGATION DISTRICT, *Respondent.*

Appeal from a judgment of the Superior Court for Yakima County, No. 77–2–01333–4, Bruce P. Hanson, J., entered June 8, 1979. *Affirmed* by unpublished opinion per McInturff, A.C.J., concurred in by Munson and Roe, JJ.